# ELECTRONIC RECORD

COA # 07-13-00254-CR    OFFENSE: 22.011

STYLE: Eddie Jones v. The State of Texas    COUNTY: Lubbock

COA DISPOSITION:    AFFIRMED    TRIAL COURT: 137th District Court

DATE: 07/10/2014    Publish: NO    TC CASE #: 2011-432,527

## IN THE COURT OF CRIMINAL APPEALS

STYLE:    Eddie Jones v. The State of Texas    CCA #: 1019-14

_____ PRO SE _____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____ STRUCK _____    JUDGE: _____

DATE: 12/10/2014    SIGNED: _____    PC: _____

JUDGE: Perkins    PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

PRO SE PETITION    REHEARING IN CCA IS: _____

FOR DISCRETIONARY REVIEW    JUDGE: _____

IS REFUSED

DATE 03/04/2015    **ELECTRONIC RECORD**

_____
JUDGE